**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JONIBEK FAYZIEV,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2245-J** |
| | ) | |
| **CHRIS GANTT, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Respondents state they provided Petitioner with a bond hearing on July 9, 2026. Doc. 7, Ex. 4. The Court ORDERS Respondents to provide the transcript of the hearing and any other available documents to the Court on or before October 21, 2026.

**SO ORDERED** this 16th day of October, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE